

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VALENTINO GONZALES<br>    Petitioner<br>VERSUS | CRIMINAL ACTION<br>NO. 04-10022-04 |
| UNITED STATES OF AMERICA<br>    Respondent | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gonzales' motion to vacate, set aside or correct sentence be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 19th day of April, 2007.

                                        DEE D. DRELL<br>                          UNITED STATES DISTRICT JUDGE